UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches©,
Plaintiff

Civil No:

v.

Michael F. Roizen, Mehmet C. Oz,
Defendants

RECEIVED
USDC CLERK, GREENVILLE, SC
2007 DEC 28 A

## Complaint

42 USC 1983. I'm seeking $12.7 million. My floor in FCI Williamsburg SHU is cold and dirty. My socks have holes, I get 1 pair a week. I got no broom, who ever was in this cell before me was shedding hair, I got hair balls around me. And I hear screaming at night. I'm imploding. My blood pressure is high. This is mistreatment, my civil rights are violated.

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©